## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

_____

| | | |
|---|---|---|
| Aliksandr Poludzen | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 23-00505-HB |
| vs. | : | |
| | : | |
| Bucks County, et al. | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

_____

## **ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the Stipulation of Counsel for Dismissal of Defendants, Bucks County, David L. Kratz, James M. Coyne and John Doe Correction Officers, the Stipulation is hereby **APPROVED** and these Defendants are **DISMISSED WITH PREJUDICE.**

BY THE COURT:

_____
HARVEY BARTLE III, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

| | | |
|---|---|---|
| Aliksandr Poludzen | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | Civil Action No. 23-00505-HB |
| vs. | : | |
| Bucks County, et al. | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**STIPULATION OF COUNSEL FOR DISMISSAL
OF ALL BUCKS COUNTY DEFENDANTS**

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R.Civ. P 41(a)(1)(A)(ii) that all claims as asserted against Defendants, Bucks County, David L. Kratz, James M. Coyne and John Doe Correction Officers are hereby **DISMISSED WITH PREJUDICE**, without costs and each side bearing their own attorney's fees.

/s/ Brian J. Zeiger
Brian J. Zeiger, Esquire
Attorney I.D. No. 87063
Levin & Zeiger, LLP
1500 JFK Boulevard, Suite 620
Philadelphia, PA 19102
215-546-0340
zeiger@levinzeiger.com
*Attorney for Plaintiff*

/s/ *Keith J. Bidlingmaier*
Keith J. Bidlingmaier, Esquire
Attorney I.D. No. 87776
Bidlingmaier & Bidlingmaier, P.C.
201 Corporate Drive East
Langhorne, PA 19047
267-364-5004
Keith@Bidlingmaierlaw.com
*Attorney for all County Defendants*

*/s/ John R. Ninosky*
John Ninosky, Esquire
Marshall Dennehey Warner Coleman & Goggin
Attorney I.D. No. 78000
717-651-3709
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
jrninosky@mdwcg.com
*Attorney for PrimeCare Defendants*

Dated: July 18, 2023

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of July, 2023, the foregoing *Stipulation of Counsel for Dismissal of all Bucks County Defendants* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure:

| | |
|---|---|
| Brian J. Zeiger, Esquire | John Ninosky, Esquire |
| Levin & Zeiger, LLP | Marshall Dennehey Warner Coleman & Goggin |
| 1500 JFK Boulevard, Suite 620 | 100 Corporate Center Drive, Suite 201 |
| Philadelphia, PA 19102 | Camp Hill, PA 17011 |
| zeiger@levinzeiger.com | jrninosky@mdwcg.com |
| *Attorney for Plaintiff* | *Attorney for PrimeCare Defendants* |

BY: */s/ Keith J. Bidlingmaier*

KEITH J. BIDLINGMAIER, ESQUIRE
Attorney for Bucks County
PA Attorney I.D. No. 87776
201 Corporate Drive East
Langhorne, PA 19047
Keith@BidlingmaierLaw.com
*Attorney for Defendant County of Bucks,*
*Director David Kratz and*
*Deputy Director James Coyne*